907 P.2d 773

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Enos v. Pacific Transfer & Warehouse, Inc. | 18438 | 10/16/95 | Denied | 79 Hawai'i 452 903 P.2d 1273 |
| Smith v. State Dept. of Labor and Industrial Relations | 17215 | 11/16/95 | Denied | —— Hawai'i —— 907 P.2d 101 |
| State v. Baron | 16931 | 11/27/95 | Granted in part and Denied in part | 80 Hawai'i 107 905 P.2d 613 |
| State v. Holbron | 15916 | 11/8/95 | Denied | 80 Hawai'i 27 904 P.2d 912 |
| Lara v. Tanaka | 17191 | 11/9/95 | Granted | —— Hawai'i —— —— P.2d —— |
| State v. Dowler | 16286 | 12/4/95 | Granted | —— Hawai'i —— —— P.2d —— |
| State v. Nomura | 16808 | 10/16/95 | Denied | 79 Hawai'i 43 903 P.2d 718 |
| State v. Ornellas | 16809 | 10/26/95 | Denied | 79 Hawai'i 418 903 P.2d 723 |
| State v. Veniegas | 17302 | 11/17/95 | Dismissed | 80 Hawai'i 75 905 P.2d 50 |
| Vincent v. Shimote; Vincent v. Fukushima; Fukushima v. Shimote | 16679 | 11/15/95 | Denied | 80 Hawai'i 96 905 P.2d 71 |
| Walsh v. Chan | 17426 | 10/9/95 | Granted | —— Hawai'i —— —— P.2d —— |